IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Bachman's, Inc., | Civil File No. 0:20-cv-02399 (MJD/DTS) |
| Plaintiff, | |
| v. | **DEFENDANT FLORISTS' MUTUAL INSURANCE COMPANY'S RULE 12(b)(6) MOTION TO DISMISS** |
| Florists' Mutual Insurance Company, | |
| Defendant. | |

_____

Defendant, Florists' Mutual Insurance Company, by its counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Plaintiff's Complaint for failure to state a claim on which relief can be granted.

This Motion is based on the pleadings on file herein, and Defendant's Memorandum of Law and other filings in Support of the Motion to Dismiss.

Respectfully submitted,

O'MEARA, LEER, WAGNER & KOHL, P.A.

Dated: December 11, 2020.   By:   s/ Dale O. Thornsjo
Dale O. Thornsjo          (# 0162048)
Lance D. Meyer           (# 0393073)
7401 Metro Boulevard, Suite 600
Minneapolis, MN 55439-3034
Telephone: (952) 831-6544
E-Mail: DOThornsjo@OLWKlaw.com
         LDMeyer@OLWKlaw.com

*Attorneys for Defendant Florists' Mutual Insurance Company*