# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Bachman's, Inc., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-2399 (MJD/DTS) |
| Florists' Mutual Insurance Company, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant Florists' Mutual Insurance Co.'s Motion to Dismiss (Doc. No. 10) is GRANTED. This matter is hereby dismissed with prejudice.

Date: 3/16/2021                                                                                  KATE M. FOGARTY, CLERK